Winchaus HAYES, Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee,

and

Eric D. Wilson, Warden; Charles E.
Samuels, Director, FBOP; (Mr.) Law-
son, Supervisor, Defendants.

No. 16-7435

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Winchaus Angelo Hayes, Appellant Pro
Se. Virginia Lynn Van Valkenburg, Assis-
tant United States Attorney, Norfolk, Vir-
ginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Winchaus Angelo Hayes appeals the dis-
trict court's order denying relief on his
complaint. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. Hayes v. United States, No.
2:14–cv–00532–RAJ–LRL (E.D. Va. Aug.
10, 2016). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

AFFIRMED